THE HONORABLE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No: C70-9213 |
| Plaintiff(s), | Subproceeding 89-3-12 (*Skokomish Indian Tribe v. Gold Coast Oyster LLC et al.*) |
| v. | |
| State of Washington, et al., | STIPULATED MOTION TO MODIFY ORDER SETTING TRIAL AND PRETRIAL DATES |
| Defendant(s). | |
| | Note date: July 30, 2019 |

## I. INTRODUCTION

The Parties respectfully seek modification of the Order Setting Trial and Pretrial Dates ("Order") (Dkt. 21820) to allow Interested Parties to file pre-trial statements, if necessary, by August 23. The modification would result in no changes to the existing dates in the Order.

## II. ARGUMENT

The Order states in part, "These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown; . . . ." Dkt. 21820 at p. 2. For the following reasons, there is

STIPULATED MOTION TO MODIFY SCHEDULING ORDER - Page 1
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771

good cause to add a date for Interested Parties to file pretrial statements, particularly when doing so will not change any other date in the Order.

The Order currently does not include a date for the Interested Parties to submit pre-trial statements. Such statements may not be necessary, but the Interested Parties will not know that until after they have reviewed the main parties' pretrial statements. Vacation schedules make it impossible to file pretrial statements from August 14-21.

The Interested Parties do not envision taking position(s) on the potential factual disputes between the main parties. Their respective interests are in ensuring an accurate interpretation and application of the legal principles in the Shellfish Implementation Plan and in other published *United States v. Washington* orders. As a result, if the Interested Party State or Tribe submits a pretrial statement, it would only be reactive to legal positions articulated by the main parties with which an Interested Party either disagrees or possibly concurs. (The Interested Parties may also include their positions in the proposed Pretrial Order and separately file Pretrial Briefs.)

Finally, as noted earlier, adding a date for Interested Parties to file pretrial statements will not alter any other dates in the Order.

### III. CONCLUSION

For the reasons stated herein, the Interested Parties respectfully request that the Court modify the Order to state that Interested Party pretrial statements are due on August 23.

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER - Page 2
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771

DATED this 14th day of August, 2019.

IT IS SO ORDERED

*[signature: DWChristel]*

David W. Christel
United States Magistrate Judge

Respectfully submitted this 30th day of July, 2019.

SQUAXIN ISLAND TRIBE

__/s/Sharon Haensly__
Sharon Haensly, WSBA No. 18158
Kevin Lyon, WSBA No. 15076
3711 SE Old Olympic Hwy
Shelton, WA 98584
Phone: 360.432.1771
Fax: 360.432.3699
E-Mail: shaensly@squaxin.us
klyon@squaxin.us


ROBERT W. FERGUSON
Attorney General

__/s/ Joseph V. Panesko__
Michael S. Grossman, WSBA No. 15293
Joseph V. Panesko, WSBA No. 25289
Assistant Attorneys General
1125 Washington St. SE
Olympia, 98504-0111
Phone: 360.586.3550; mike.grossmann@atg.wa.gov
Phone: 3360.586.0643; joe.panesko@atg.wa.gov


SKOKOMISH TRIBE

__/s/ Earle David Lees__
Earle David Lees, III, WSBA No. 30017
Skokomish Tribal Attorney
N.80 Tribal Center Road
Skokomish, WA 98584

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER - Page 3
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771

```
 1 │ 360-877-2100
   │ Fax: 360-877-2104
 2 │ Email: elees@skokomish.org
 3 │
   │ GOLD COAST OYSTER LLC
 4 │
   │    /s/ Michael Johns
 5 │ Michael Johns, WSBA No. 22054
   │ 7525 Pioneer Way
 6 │ Suite 202
   │ Gig Harbor, WA 98335
 7 │ 253-858-8606
   │ Fax: 253-858-8646
 8 │ mike@rjh-legal.com
 9 │
   │ JAMESTOWN S'KLALLAM AND PORT GAMBLE S'KLALLAM TRIBES
10 │
   │    /s/ Lauren Rasmussen
11 │ Lauren Rasmussen, WSBA No. 33256
   │ Law Offices of Lauren P. Rasmussen
12 │ 1904 3rd Avenue Ste. 1030
   │ Securities Bldg.
13 │ Seattle, WA 98101-1170
   │ 206-623-0900
14 │ Fax: 206-623-1432
   │ lauren@rasmussen-law.com
15 │
16 │ LOWER ELWHA KLALLAM TRIBE
17 │    /s/ Steve Suagee
   │ Steve Suagee, WSBA No. 26776
18 │ Lower Elwha Klallam Tribe
   │ 2851 Lower Elwha Road
19 │ Port Angeles, WA 98363
   │ Tel: 360-452-8471, ext. 7435
20 │ Tel: 360-461-2989
   │ steve.suagee@elwha.org
21 │
22 │
23 │
```

STIPULATED MOTION TO MODIFY SCHEDULING ORDER - Page 4
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771

NISQUALLY INDIAN TRIBE

/s/ Jay Manning
Jay Manning, WSBA # 13579
Meghan Gavin, WSBA #50124
Cascadia Law Group
606 Columbia St. NW, Suite 212
Olympia, WA 98501
Phone: (360) 786-5057
Fax: (360) 786-1835
Email: jmanning@cascadialaw.com;
mgavin@cascadialaw.com


SWINOMISH INDIAN TRIBAL COMMUNITY

/s/ Emily Haley
Emily Rae Hutchinson Haley, WSBA #38284
James Miller Jannetta, WSBA #36525
11404 Moorage Way
La Conner, WA 98257
360-466-7248
Fax: 360-466-5309
Email: jjannetta@swinomish.nsn.us
ehaley@swinomish.nsn.us


TULALIP TRIBES

/s/ Mason Morisset
Mason D. Morisset, WSBA No. 00273
Morisset, Schlosser, Jozwiak & Somerville
1115 Norton Building
801 Second Avenue
Seattle, WA 98104-1509
Tel: 206-386-5200
mmorisset@msaj.com

SUQUAMISH INDIAN TRIBE

/s/ James Rittenhouse Bellis
James Rittenhouse Bellis, WSBA #29226
Office of Suquamish Tribal Attorney
P.O. Box 498
Suquamish, Washington 98392-0498

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER - Page 5
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771

Phone: (360) 394-8501
rbellis@suquamish.nsn.us

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the aforementioned, along with the Proposed Order, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the persons required to be served in this subproceeding whose names appear on the Master Service List:

*s/Sharon Haensly*
Sharon Haensly
Squaxin Island Legal Department

STIPULATED MOTION TO MODIFY SCHEDULING ORDER - Page 6
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771