UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SKOKOMISH INDIAN TRIBE,

                Plaintiff,

    v.

GOLD COAST OYSTER, LLC, et al.,

                Defendants.

Case No. 89-312 RSM-DWC

**ORDER SETTING CONFERENCE TO NARROW ISSUES**

The Court has ordered a trial date of September 16, 2019. Dkt. 74. The Court understands the parties are in the process of narrowing the issues to be decided and believe that this can be accomplished with the assistance of the Honorable Brian Tsuchida who has conducted settlement conferences in this matter. The Court accordingly **ORDERS**:

(1) Counsel shall appear before the Honorable Brian A. Tsuchida, United States Magistrate Judge on: **September 10, 2019, 9:15 am, United States District Courthouse, 700 Stewart St. 12th floor, Courtroom 12A, Seattle, WA 98101.**

(2) Counsel shall confer and file a joint memorandum outlining the trial issues on which they agree, and the issues in which they are not in agreement.

(3) The joint memorandum shall be filed no later than September 5, 2019.

ORDER SETTING CONFERENCE TO NARROW ISSUES- 1

(4)  The clerk shall provide a copy of this order to the parties and Judge Tsuchida.

Dated this 27th day of August, 2019.

*David W. Christel*
David W. Christel
United States Magistrate Judge

ORDER SETTING CONFERENCE TO NARROW ISSUES- 2